**EXHIBIT A**

**EXHIBIT A**

ELECTRONICALLY FILED
2025 May 28 AM 10:32
Michael P. Ciccone, CLERK OF COURT - MAHONING

## MAHONING COUNTY COMMON PLEAS COURT
## MAHONING COUNTY, OHIO

| | | |
|---|---|---|
| **SHAKUR ALLEN,**<br>c/o Kircher Law LLC<br>312 Walnut St., Suite 1600<br>Cincinnati, OH 45202 | : : : : : | **CASE NO.:** |
| Plaintiff, | : : | **COMPLAINT;**<br>**JURY DEMAND ENDORSED HEREON** |
| v. | : : | |
| **CORECIVIC, INC.**<br>dba Northeast Ohio Correctional Center<br>c/o CT Corporation Systems<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 | : : : : : : | |
| Defendant. | : : | |

Now comes Plaintiff, by and through counsel, and for his Complaint states as follows:

1. Plaintiff is an adult male prison inmate.

2. Defendant is a foreign for-profit corporation, registered to do business in Ohio, which operates a correctional facility in Ohio known as Northeast Ohio Correctional Center ("NEOCC").

3. On or about March 6-7, 2025, Plaintiff was housed at NEOCC under the care and custody of Defendant.

4. During that two-day period, Plaintiff was subjected to hours of physical and psychological torture and harm by other inmates, including but not limited to beatings and humiliation much of which was livestreamed by inmates on cell phones.

5. During the two-day period, no employee, agent or representative came to Plaintiff's aid.

**2025 CV 01373**

6. The repeated batteries, assaults and psychological harm committed upon Plaintiff were the proximate result of negligence by Defendant for failing to train and supervise its personnel, failing to supervise and control the inmates in its custody, and failing to protect Plaintiff from foreseeable and preventable harm.

7. Furthermore, Defendant's actions and omissions demonstrated such reckless disregard for the welfare of Plaintiff as to justify punitive damages and reimbursement of attorney fees and costs.

**WHEREFORE**, Plaintiff respectfully demands judgment against Defendant for compensatory damages greatly in excess of $25,000, reasonable attorneys' fees, punitive damages, prejudgment interest and post judgment interest, and costs.

Respectfully submitted,

/s/ Konrad Kircher
Konrad Kircher (0059249)
KIRCHER LAW, LLC
312 Walnut St., Suite 1600
Cincinnati, OH 45202
Tel: 513-218-1252
Fax: 513-586-0840
konrad@kircher.law
*Counsel for Plaintiff*

### JURY DEMAND

Plaintiff hereby demands trial by a jury of his peers as to all issues so triable herein.

/s/ Konrad Kircher
Konrad Kircher  (0059249)

ELECTRONICALLY FILED
2025 Jun 18 PM 12:57
Michael P. Ciccone, CLERK OF COURT - MAHONING

# MAHONING COUNTY COMMON PLEAS COURT
# MAHONING COUNTY, OHIO

| | | |
|---|---|---|
| **SHAKUR ALLEN,** | : | CASE NO.: 2025 CV 1373 |
| | : | |
| Plaintiff, | : | **PRAECIPE FOR CERTIFIED MAIL** |
| | : | **SERVICE OF COMPLAINT AND** |
| v. | : | **SUMMONS** |
| | : | |
| **CORECIVIC, INC.** | : | |
| | : | |
| Defendant. | : | |
| | : | |

Now comes Plaintiff, by and through counsel, and respectfully requests that the Clerk of Courts serve a Summons and a copy of the Complaint on Defendant at the following address by certified mail:

CORECIVIC, INC.
dba Northeast Ohio Correctional Center
c/o CT Corporation Systems
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

                                            Respectfully submitted,

                                            /s/ Konrad Kircher
                                            Konrad Kircher (0059249)
                                            KIRCHER LAW, LLC
                                            312 Walnut St., Suite 1600
                                            Cincinnati, OH 45202
                                            Tel: 513-218-1252
                                            Fax: 513-586-0480
                                            konrad@kircher.law
                                            *Counsel for Plaintiff*

Court of Common Pleas, Mahoning County
120 Market Street
Youngstown, Ohio 44503

# SUMMONS ON COMPLAINT
Rule 4 Ohio Rules of Civil Procedure

------========*=========------

Case No. 2025 CV 01373

| | | |
|---|---|---|
| SHAKUR ALLEN | -vs- | CORECIVIC INC. |
| CO KIRCHER LAW LLC | | CO CT CORPORATION SYSTEMS |
| 312 WALNUT ST | | 4400 EASTON COMMONS WAY |
| CINCINNATI, OH 45202 | | COLUMBUS, OH 43219 |

TO: **CORECIVIC INC.**         **CO CT CORPORATION SYSTEMS**
                               **4400 EASTON COMMONS WAY**
                               **COLUMBUS, OH 43219**

  Defendant

To the above named defendant(s): (See attached complaint for additional parties)

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the plaintiff(s) named herein.

You are required to serve upon the plaintiff('s') attorney, or upon the plaintiff(s) if he/she/they has/have no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three (3) days after service on plaintiff(s) attorney.

The name and address of the plaintiff('s') attorney is as follows:

KONRAD KIRCHER ESQ
312 WALNUT ST
SUITE 1600
CINCINNATI OH 45202

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Michael P. Ciccone
Mahoning County Clerk of Courts

June 27, 2025

By: J Baglama
Deputy Clerk

# NOTICE

You have been named as a defendant in a foreclosure action filed in the Mahoning County Court of Common Pleas. The documents you have received are important legal documents. You have received a copy of the complaint which lists all the parties and briefly describes the action filed against you. Also, you have received a summons which commands you to answer the complaint within 28 days. An answer to a complaint is a written legal document which must be filed with the court and a copy mailed to all parties or their attorneys. Failure to respond to a properly served complaint may result in the court entering a default judgment against you and may eventually result in the sale of your home/property at a sheriff's sale.

**PLEASE BE ADVISED THAT OHIO REVISED CODE PROHIBITS ANY PERSON SERVED WITH A SUMMONS FROM KNOWINGLY AND WITH PURPOSE TO DIMINISH THE VALUE OR ENJOYMENT OF THE RESIDENTIAL REAL PROPERTY IN THIS FORECLOSURE ACTION FROM MOVING, DEFACING, DAMAGING, DESTROYING OR OTHERWISE IMPROPERLY TAMPERING WITH PROPERTY THAT IS THE SUBJECT OF A FORECLOSURE. SUCH ACTION MAY RESULT IN CRIMINAL PROSECUTION.**

Because of the seriousness of this action, you may want to speak to an attorney. The Clerk of Court staff and other court staff cannot assist you in the preparation of legal documents. If you do not have and attorney, you may want to contact **SAVE THE DREAM** at 1-888-404-4674 [toll-free].

*[signature]*

MICHAEL P. CICCONE

Mahoning County Clerk of Courts