Case: 4:25-cv-01590-JRA  Doc #: 5  Filed:  08/04/25  1 of 1.  PageID #: 28

==Motion granted.  Responsive pleading now due 9/5/2025.==
==/s/ John R. Adams==
==U.S. District Judge==
==8/4/2025==

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SHAKUR ALLEN,<br><br>        Plaintiff,<br>   v.<br><br>CORECIVIC, INC.,<br><br>        Defendants. | Civil Action No.     4:25-cv-01590<br><br>Judge:<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendant CoreCivic, Inc. ("Defendant") respectfully moves this Court for a thirty-day extension of time, from August 6, 2025 until September 5, 2025, to respond to Plaintiff's Complaint (Dkt. 1-1). Defendant removed this case from the Mahoning County Common Pleas Court, Mahoning County on July 30, 2025. (Dkt. 1.) Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's responsive pleading deadline is August 6, 2025. Undersigned counsel requires more time to review and evaluate the case, research applicable defenses, and prepare a responsive pleading prior to the responsive pleading deadline. No previous requests for leave have been made. This Motion is made in good faith and not submitted for the purpose of delay.

RESPECTFULLY SUBMITTED this 30th day of July, 2025.

By: /s/ Dana M. Keene
    Dana M. Keene, Bar No. 0105374
    STRUCK LOVE ACEDO, PLC
    3100 West Ray Road, Suite 300
    Chandler, AZ  85226
    dkeene@strucklove.com
    Telephone:  (480) 420-1600
    Facsimile:  (480) 420-1695

    *Attorney for Defendant CoreCivic, Inc.*