Motion granted.  Amended complaint due 9/5/2025.  Responsive pleading due 10/6/2025.
/s/ John R. Adams
U.S. District Court
8/28/2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| SHAKUR ALLEN,<br><br>                    Plaintiff,<br><br>        v.<br><br>CORECIVIC, INC.,<br><br>                    Defendants. | Civil Action No.      4:25-cv-01590-JRA<br><br>Judge: Honorable John R. Adams<br><br>**JOINT MOTION TO EXTEND AND SET DEADLINES** |

Plaintiff Shakur Allen ("Plaintiff") and Defendant CoreCivic, Inc. ("Defendant") stipulate and agree that Plaintiff will file a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2). The parties jointly move to extend Defendant's responsive pleading deadline to allow time for Plaintiff to file his First Amended Complaint and for Defendant to respond. In addition, the parties respectfully request that the Court set a deadline of September 5, 2025, for Plaintiff to file his First Amended Complaint and a deadline of October 6, 2025, for Defendant to respond to the First Amended Complaint.[1]

**I.      Procedural History**

On May 28, 2025, Plaintiff filed a Complaint in the Court of Common Pleas Mahoning County. (Dkt. 1 at 1.) Defendant was served on July 3, 2025, and removed this matter to federal court on July 30, 2025. (*Id.*) That same day, Defendant moved to extend its responsive pleading deadline to September 5, 2025, which the Court granted. (Dkt. 3; 5.) On August 18, 2025, counsel

---

[1] The parties are aware of the Court's Civil and Criminal Practices and Procedures, which require "[a]ll requests for extensions" to be filed "no later than fourteen days prior to established deadlines." While the parties' request falls outside the 14-day deadline, exceptional circumstances warrant the extension because allowing Plaintiff to amend his Complaint and Defendant to respond to the operative complaint will preserve the parties' and the Court's time and resources.