<mark>Motion granted.  The Court will conducted the entirety of the CMC by telephone.  Parties and representatives shall call 330-430-8848 and use meeting ID 84568445.</mark>
<mark>/s/ John R. Adams</mark>
<mark>U.S. District Judge</mark>
<mark>10/21/2025</mark>

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| SHAKUR ALLEN,<br><br>          Plaintiff,<br>   v.<br><br>CORECIVIC, INC.,<br><br>          Defendants. | Civil Action No.     4:25-cv-01590-JRA<br><br>Judge: Honorable John R. Adams<br><br>**JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE OR, IN THE ALTERNATIVE, FOR A CONTINUANCE** |

Pursuant to the Court's October 10, 2025 Case Management Conference Scheduling Order, Plaintiff, Shakur Allen ("Plaintiff"), and Defendant, CoreCivic, Inc. ("Defendant"), jointly request that the Court permit counsel for all parties and Defendant's corporate representative (who has full settlement authority) to appear remotely, either via telephone or videoconference, at the parties' November 5, 2025 Case Management Conference. Alternatively, the parties request that the Court continue the Case Management Conference to a date convenient for the Court so that counsel can attend in-person.

On October 10, 2025, the Court issued an Order setting a Case Management Conference ("CMC") for November 5, 2025, at the United States District Court for the Northern District of Ohio, Eastern Division in Akron, Ohio. (Dkt. 12 at 1.) The Court ordered that "[l]ead counsel, parties with full settlement authority, and a representative with full settlement authority of any Insurance Carrier must be present" in person at the CMC. (*Id.*) It added: "If the presence of a party or lead counsel will constitute an undue hardship or a continuance is needed, a written motion to excuse the presence of such person or to continue must be filed no later than fourteen (14) days prior to the CMC," which is October 22, 2025. (*Id.* at 1–2.)