Motion denied.  The complaint adequately pleads causes of action, and Defendants' arguments are better suited for a motion for summary judgment following discovery.
/s/ John R. Adams
U.S. District Judge
12/1/2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| SHAKUR ALLEN,<br><br>              Plaintiff,<br><br>      v.<br><br>CORECIVIC, INC.,<br><br>              Defendants. | Civil Action No.: 4:25-cv-01590<br><br>JUDGE JOHN R. ADAMS<br><br>**DEFENDANT'S MOTION TO DISMISS**<br>**PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant CoreCivic, Inc. ("CoreCivic") moves to dismiss Plaintiff Shakur Allen's First Amended Complaint in its entirety. Specifically, CoreCivic moves to dismiss Plaintiff's negligence and negligent training and supervision claims and request for punitive damages for failure to state a claim.  (Dkt. 9.)  A Memorandum of Points and Authorities is attached hereto and incorporated herein.

RESPECTFULLY SUBMITTED this 6th day of October, 2025.

By: /s/ Kristina R. Rood
Dana M. Keene, Bar No. 0105374
Kristina R. Rood, Bar No. AZ035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ  85226
dkeene@strucklove.com
krood@strucklove.com
Telephone:  (480) 420-1600
Facsimile:  (480) 420-1695

*Attorney for Defendant CoreCivic, Inc.*