**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Shakur Allen, | ) | CASE NO.:  4:25CV1590 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CoreCivic, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

The parties have informed this Court via a notice of settlement that the above matter has been settled.  Therefore, the docket will be marked "settled and dismissed without prejudice."  The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary.  If approved, the proposed entry shall supplement this order.  This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.


12/4/2025                                           */s/ Judge John R. Adams*
                                                            JUDGE JOHN R. ADAMS
                                                            UNITED STATES DISTRICT COURT