Motion granted.
/s/ John R. Adams
U.S. District Judge
2/2/2026

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SHAKUR ALLEN,<br><br>      Plaintiff,<br>v.<br><br>CORECIVIC, INC.,<br><br>      Defendants. | Civil Action No.     4:25-cv-01590-JRA<br><br>Judge: Honorable John R. Adams<br><br>**JOINT MOTION TO EXTEND DEADLINE TO SUBMIT PROPOSED SETTLEMENT TERMS AND CONDITIONS** |

On December 3, 2025, the parties filed a Notice of Settlement, notifying the Court that they reached an agreement to settle this matter and anticipated filing a Stipulation of Dismissal with Prejudice within the next 45 days. (Dkt. 21.) On December 4, 2025, the Court issued an Order, noting that the "docket will be marked settled and dismissed without prejudice." (Dkt. 22.) It added that the parties "may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem necessary." (*Id.*) Currently, the deadline for the parties to submit a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case is February 2, 2026. The parties are in the process of finalizing their settlement agreement; however, they require additional time to do so. Accordingly, the parties respectfully request that the Court extend the deadline to submit a proposed entry setting forth different terms and conditions relative to the settlement and dismissal by 30 days to March 4, 2026.

DATED this 28th day of January, 2026.