It is So Ordered. This matter is
dismissed with prejudice.
*/s/ John R. Adams*
U.S. District Judge
March, 3, 2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

SHAKUR ALLEN,

               Plaintiff,

      v.

CORECIVIC, INC.,

               Defendants.

Civil Action No. 4:25-cv-01590-JRA

Judge: Honorable John R. Adams

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Shakur Allen ("Plaintiff"), and Defendant, CoreCivic, Inc. ("Defendant"), agree and stipulate to the dismissal of all claims filed in the above-entitled action in their entirety with prejudice, and that each party shall bear their own attorneys' fees and costs.

DATED this 2nd day of March 2026.